1 | Neal H. Levin (*Pro Hac Vice pending*)
  | nhlevin@freeborn.com
2 | Shira R. Isenberg (*Pro Hac Vice pending*)
  | sisenberg@freeborn.com
3 | FREEBORN & PETERS LLP
  | 311 South Wacker Drive, Suite 3000
4 | Chicago, Illinois 60606-6677
  | Telephone: (312) 360-6000
5 | Facsimile: (312) 360-6573

6 | TAMERLIN J. GODLEY (State Bar No. 194507)
  | tamerlin.godley@mto.com
7 | MUNGER, TOLLES & OLSON LLP
  | 350 South Grand Avenue
8 | Fiftieth Floor
  | Los Angeles, California 90071-3426
9 | Telephone: (213) 683-9100
  | Facsimile: (213) 687-3702

10 |

11 | Attorneys for Plaintiff
   | Turner Entertainment Networks, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TURNER ENTERTAINMENT NETWORKS, INC., | Case No. 2:18-cv-2490 R (ASx) |
| Plaintiff, | **PLAINTIFF'S APPLICATION TO FILE PRODUCTION SERVICES AGREEMENT UNDER SEAL** |
| vs. | |
| MORGAN SPURLOCK, and WARRIOR POETS INC., | Judge: Hon. Manuel L. Real |
| Defendants. | |

**TO THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that Plaintiff Turner Entertainment Networks, Inc. ("TEN"), by and through its attorneys, respectfully moves for permission to file the Production Services Agreement under seal. This Motion is made pursuant to Local Rule 79-5.2.2(a) and is supported by the attached memorandum of points and authorities and all papers and pleadings on file herein.

38252380.1

1  DATED: March 28, 2018           FREEBORN & PETERS LLP

2

3

4                                  By:    /s/ Neal H. Levin
                                        NEAL H. LEVIN
5

6                                  MUNGER, TOLLES & OLSON LLP

7

8
                                   By:    /s/ Tamerlin J. Godley
9                                       TAMERLIN J. GODLEY

10
                                   Attorneys for Plaintiff TURNER
11                                 ENTERTAINMENT NETWORK, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff Turner Entertainment Networks, Inc. ("TEN") respectfully requests permission to file under seal the Production Services Agreement (the "PSA") attached as Exhibit A to its Complaint and discussed in its Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction.

Federal Rule of Civil Procedure 26(c) allows a court to order a document filed under seal with respect to dispositive motions where a compelling reason is shown.

The PSA contains confidential and proprietary material, which would give other businesses a competitive advantage over TEN were they to have access to it. This is a compelling reason to file the PSA under seal. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). The fact that the public release of a document will cause "competitive harm to a business" weighs strongly in favor of sealing. *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1221-22 (Fed. Cir. 2013). The applicable provisions of the PSA are quoted in TEN's papers and it is only the remaining provisions, which are not applicable to the current dispute, that TEN desires to keep confidential.

DATED:  March 28, 2018            FREEBORN & PETERS LLP

                                  By:  /s/ Neal H. Levin
                                       NEAL H. LEVIN

                                  MUNGER, TOLLES & OLSON LLP

                                  By:  /s/ Tamerlin J. Godley
                                       TAMERLIN J. GODLEY

                                  Attorneys for Plaintiff TURNER
                                  ENTERTAINMENT NETWORK, INC.