Neal H. Levin (*Pro Hac Vice pending*)
nhlevin@freeborn.com
Shira R. Isenberg (*Pro Hac Vice pending*)
sisenberg@freeborn.com
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone: (312) 360-6000
Facsimile: (312) 360-6573

TAMERLIN J. GODLEY (State Bar No. 194507)
tamerlin.godley@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiff
Turner Entertainment Networks, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TURNER ENTERTAINMENT NETWORKS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN SPURLOCK, and WARRIOR POETS INC.,<br><br>Defendants. | Case No. 2:18-cv-2490 R (ASx)<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE PRODUCTION SERVICES AGREEMENT UNDER SEAL**<br><br>Judge: Hon. Manuel L. Real |

Turner Entertainment Networks, Inc. ("TEN") has filed an application seeking permission to file the Production Services Agreement under seal.

Based on TEN's application, and good cause appearing for the entry

/ / /

/ / /

/ / /

38251335.1

1 | thereof, IT IS HEREBY ORDERED that the Production Services Agreement may
2 | be filed under seal.
3 |     IT IS SO ORDERED.

DATED:  April 2, 2018

_____
Hon. Manuel L. Real

38251335.1

-2-

ORDER GRANTING PLAINTIFF'S APPLICATION
TO FILE PRODUCTION SERVICES AGREEMENT UNDER SEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28