NEAL H. LEVIN (*Admitted Pro Hac Vice*)
SHIRA R. ISENBERG (*Admitted Pro Hac Vice*)
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone: (312) 360-6000
Facsimile: (312) 360-6573
Email: nhlevin@freeborn.com
Email: sisenberg@freeborn.com

TAMERLIN J. GODLEY (SBN 194507)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: tamerlin.godley@mto.com

Attorneys or Plaintiff
Turner Entertainment Networks, Inc.

PAUL D. MURPHY (SBN 159556)
DAVID E. ROSEN (SBN 155385)
MARK J. NAGLE (SBN 248873)
MURPHY ROSEN LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica, CA 90401-1142
Telephone: (310) 899-3300
Facsimile: (310) 399-7201
Email: pmurphy@murphyrosen.com
Email: drosen@murphyrosen.com
Email: mnagle@murphyrosen.com
Attorneys for Defendant Warrior Poets Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TURNER ENTERTAINMENT NETWORKS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN SPURLOCK, and WARRIOR POETS INC.,<br><br>Defendants. | Case No. 2:18-cv-2490-R |

## **FINAL JUDGMENT**

The parties, Warrior Poets ("Defendant") and Turner Entertainment Networks, Inc. ("Plaintiff"), have agreed to entry of this Final Judgment finally disposing of this action.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over this litigation under 28 U.S.C. § 1332.

2. Plaintiff was and now is a corporation duly organized and existing under the laws of the State of Georgia, having its principal place of business at One CNN Center, Atlanta, Georgia 30303.

3. Defendant is a New York corporation with its principal place of business at 407 Broome Street #7, New York, New York 10013.

4. Judgment is entered for Plaintiff and against Defendant on all claims in the amount of $1,173,707.00.

5. The Parties waive any right to appeal.

Approved and Agreed:

TURNER ENTERTAINMENT NETWORKS, INC.

By: *[signature]*

Name: Tamerlin J. Godley

Title: Attorney of Record for Turner Entertainment Networks, Inc.

WARRIOR POETS INC.

By: *[signature]*

Name: Morgan Spurlock

Title: President / Principal

ORDERED this 11th day of December, 2018.

*[signature]*
HONORABLE MANUEL L. REAL

-2-
FINAL JUDGMENT